IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01008-PSF-OES

CANDICE MORGAN,

Plaintiff(s),

vs.

HOME DEPOT U.S.A. INC., a Delaware corporation,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  February 10, 2006

     Plaintiff's Unopposed Motion to Modify Scheduling Order [filed January 27, 2006, Document 15] is GRANTED.  Plaintiff shall designate experts on or before March 1, 2006; defendant shall designate experts on or before April 1, 2006; Plaintiff shall designate all rebuttal experts on or before May 1, 2006.