IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01008-PSF-MEH

CANDICE MORGAN,

      Plaintiff,

v.

HOME DEPOT U.S.A. INC., a Delaware corporation,

      Defendant.

---

## ORDER OF DISMISSAL

---

      The Court, having reviewed the parties' Stipulation for Dismissal With Prejudice (Dkt. # 19), will consider said stipulation to be a motion to dismiss.  Based on the request contained therein, the Court hereby GRANTS the motion and ORDERS this case DISMISSED with prejudice, each party to bear her or its own costs and attorneys' fees.

      DATED: April 12, 2006

                                 BY THE COURT:


                                 *s/ Phillip S. Figa*
                               _____

                               Phillip S. Figa
                               United States District Judge